LIVESEY a SANDERS.

*New York Common Pleas, Special Term, January*, 1856.

EXECUTION AGAINST THE PERSON.—JUDGMENT OF JUSTICE'S COURT.

Execution against the person cannot be issued, under section 288 of the Code, upon a judgment rendered in a district court, although a transcript of it has been filed with the county clerk, so that the judgment is to be deemed a judgment of the Common Pleas.

Motion to vacate an order directing an execution against the person to issue.

BRADY, J.—The order directing an execution against the person of the defendant in this action was made under section 288 of the Code of Procedure, which is as follows: "If the *action* be one in which the defendant *might have been arrested as provided in sections* 179 *and* 181, an execution against the person of the judgment debtor may be issued to any county within the jurisdiction of the court after the return of an execution against his property unsatisfied in whole or in part," and upon the allegation that the debt for which the judgment had been rendered, was fraudulently contracted.

The action was commenced in the justice's court for the third district of the city of New York, to recover for services rendered and materials found, and a transcript of the judgment rendered therein, was filed as provided by section 68; but although by that section the judgment of that court, by filing a transcript thereof, is *to be deemed* a judgment of the Court of Common Pleas, and enforced in the same manner, the *action* so commenced was not one in which the defendant *might have been arrested.* That court had no jurisdiction to arrest the defendant. (The People *ex rel* Corlis *v.* Smith, 9 *How. Pr. R.*, 464). For this reason, without reference to the questions suggested on the motion, the order allowing the execution to issue must be vacated, and the execution issued thereon set aside, with $10 costs, the defendant stipulating not to sue.